22000-51128(RER)

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION AT JACKSON

OZELLA WADLEY AND )
JOSEPH S. WADLEY, )
                                )
    Plaintiffs, )
                                )    Docket No: 1-04-1276-T/V
                                )
GRANGE MUTUAL CASUALTY )
COMPANY )
                                )
    Defendant. )

## ~~PROPOSED~~ SCHEDULING ORDER

Using the Scheduling Conference date of December 2, 2005 as a reference point, the parties have consulted and have established the following as the final dates for:

**INITIAL DISCLOSURES:**                  December 16, 2005

**JOINING PARTIES:**                         February 2, 2006

**AMENDING PLEADINGS:**               February 2, 2006

**INITIAL MOTIONS TO DISMISS:**      March 2, 2006

**COMPLETING ALL DISCOVERY:**      July 20, 2006

    **(A) Document Production, Interrogatories and Requests for Admissions:**      June 20, 2006

    **(B) Depositions:**                           July 20, 2006

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

22000-51128(RER)

### (C) Expert Witness Disclosures:

**(1) Disclosure of Plaintiff's Rule 26 Expert Information:**
May 19, 2006

**(2) Disclosure of Defendant's Rule 26 Expert Information:**
June 19, 2006

**(3) Expert Witness Depositions:**
July 20, 2006

**FILING DISPOSITIVE MOTIONS:**     August 18, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules before that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection will be waived.

This case is set for jury trial on _October 16, 2006_

Pretrial Orders are due on _October 6, 2006_

~~A Pretrial Conference is set for~~ _____

This case is not appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing attorney may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

22000-51128(RER)

    At this time, the parties have not given consideration to whether they wish to consent to trial before the Magistrate Judge. The parties will file a written consent form with the court should they decide to proceed before the Magistrate Judge.

    This order has been entered after consultation with trial counsel and pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be changed or extended.

    IT IS SO ORDERED.

_____
DIANE K. VESCOVO
United States Magistrate Judge

DATE: November 25, 2005

Approved for Entry:

_____
Carthel L. Smith, Jr. (#004673)
Attorney for Plaintiff
Attorney at Law
85 East Church Street
Lexington, TN 38351


_____
Russell E. Reviere, BPR (# 7166)
Rainey, Kizer, Reviere & Bell, P.L.C.
Attorney for Defendant
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01276 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Stephen M. Milam
LAW OFFICE OF STEPHEN M. MILAM
113 S. Main St.
Lexington, TN 38351

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT